**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONNA BROWN,

    Plaintiff,

Case No. 2:10-cv-15134

Hon. Patrick J. Duggan

v.

PORTFOLIO RECOVERY ASSOCIATES,
a foreign corporation,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
a Georgia corporation,
EXPERIAN INFORMATION SOLUTIONS, INC.,
an Ohio corporation, and
TRANS UNION CORPORATION,
a Delaware corporation, jointly and severally,

    Defendants.
_____/

**ORDER TO DISMISS EQUIFAX CREDIT INFORMATION SERVICES, INC.**
**WITHOUT PREJUDICE AND WITHOUT COST**

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Equifax Credit Information Services, Inc. only, shall be dismissed from this lawsuit without prejudice and without costs or attorneys fees to either party.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated:  March 15, 2011March 15, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on March 15, 2011March 15, 2011, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager