UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA BROWN,

                Plaintiff,

v.

Case No. 2:10-cv-15134
Hon. Patrick J. Duggan

PORTFOLIO RECOVERY ASSOCIATES,
a foreign corporation,
EQUIFAX CREDIT INFORMATION SERVICES, INC.,
a Georgia corporation,
EXPERIAN INFORMATION SOLUTIONS, INC.,
an Ohio corporation, and
TRANS UNION CORPORATION,
a Delaware corporation, jointly and severally,

                Defendants.

_____/

**FINAL**
**ORDER TO DISMISS PORTFOLIO RECOVERY ASSOCIATES WITHOUT PREJUDICE AND WITHOUT COST**

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Portfolio Recovery Associates only, shall be dismissed from this lawsuit without prejudice and without costs or attorneys fees to either party.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: March 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, March 22, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager